UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION AT SALT LAKE CITY

| | |
|---|---|
| STATE OF UTAH and DIVISION OF CONSUMER PROTECTION,<br><br>Plaintiffs,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>Defendants. | Case No. 2:25-cv-00088-DBB-DBP |

**DECLARATION OF MICHELLE S. GRANT IN SUPPORT OF
<u>OPTUMRX, INC.'S MOTION TO DISQUALIFY MOTLEY RICE</u>**

## DECLARATION OF MICHELLE S. GRANT

I, Michelle S. Grant, declare as follows:

1. I am over eighteen years old, of sound mind, and under no legal disability.

2. I am a partner at Dorsey & Whitney LLP, and I represented OptumRx, Inc. in responding to an investigative subpoena that the City of Chicago served on OptumRx.

3. I submit this declaration in support of OptumRx's Motion to Disqualify Motley Rice.

4. I have personal knowledge of the facts set forth in this declaration, and if called to testify in person about those facts, could competently do so under oath.

5. On November 8, 2018, the City of Chicago issued an investigative subpoena to OptumRx.

6. I participated in OptumRx's negotiation and response to the subpoena that the City of Chicago served on OptumRx.

7. As part of the investigation, I participated in calls with the City of Chicago and with Motley Rice.

8. The City of Chicago subpoena did not mention opioids, and neither Motley Rice nor any other government lawyer from Chicago ever suggested that the investigation was regarding the marketing, sale, promotion, or distribution of opioids.

9. On behalf of OptumRx, I negotiated a confidentiality agreement and the subpoena's document requests with Paige Boggs of Motley Rice as well as in-house counsel for the City of Chicago. Mimi Liu of Motley Rice was copied on correspondence regarding these negotiations and executed the confidentiality agreement.

2

10.     In response to the City of Chicago's subpoena, OptumRx produced confidential material, including prescription drug transaction data.

11.     The prescription drug transaction data that was produced is not available to the public and is among OptumRx's most sensitive commercial material.

12.     I understand that OptumRx does not routinely produce and would not have produced confidential prescription drug transaction data without first securing a protective order or entering into a confidentiality agreement.

[Signature page follows]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:   July 8, 2025.

_____
Michelle S. Grant

4