**DEREK E. BROWN**
UTAH ATTORNEY GENERAL
Douglas J. Crapo (USB No. 14620)
crapo@agutah.gov
Deputy Attorney General
Stevenson Smith (USB No. 18546)
scsmith@agutah.gov
Kevin M. McLean (USB No. 16101)
kmclean@agutah.gov
Peishen Zhou (USB No. 18596)
peishenzhou@agutah.gov
Assistant Attorneys General
Utah Office of the Attorney General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0310

*Counsel for Plaintiffs*

*Additional Counsel on Signature Page*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **STATE OF UTAH and DIVISION OF CONSUMER PROTECTION**<br><br>*Plaintiffs,*<br><br>v.<br><br>**EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; MEDCO HEALTH SOLUTIONS, INC.; UNITEDHEALTH GROUP, INC.; OPTUMRX, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.;** and **OPTUMINSIGHT, INC.**<br><br>*Defendants.* | **PLAINTIFFS' STIPULATED MOTION TO EXCEED PAGE LIMIT AND FOR EXTENSION OF TIME FOR RESPONSE TO OPTUMRX, INC.'S MOTION TO DISQUALIFY MOTLEY RICE**<br><br>Case No. 2:25-cv-00088-DBB-DBP<br><br>District Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiffs State of Utah and Division of Consumer Protection ("Utah") respectfully moves under DUCivR7-1(a)(7)(A) for an order authorizing Utah to submit up to 15 additional pages to respond to OptumRx, Inc.'s Motion to Disqualify Motley Rice. Utah also respectfully moves for an extension of time to respond of 21 days under DUCivR7-1(a)(5).

## RELIEF SOUGHT AND GROUNDS FOR RELIEF

Defendant OptumRx, Inc. ("OptumRx") has filed a 25-page Motion to Disqualify Motley Rice ("Motion"). Dkt. No. 58. Under DUCivR7-1(a)(4)(D)(i), the allotted length for Utah's response is 10 pages. Utah seeks an additional 15 pages for its response, which would permit it an equal number of pages to oppose OptumRx's Motion. Additionally, Utah requests an extension from 14 days, as allowed under DUCivR7-1(a)(4)(D)(ii), to 35 days to file its response, or an additional 21 days.

Rule 6(b)(1) allows the Court to extend the time to file a motion where it finds good cause for doing so. Fed. R. Civ. P. 6(b)(1). Here, Utah has good cause for both of its requests. As an initial matter, OptumRx has stipulated to Utah's requests. Moreover, Utah's request to expand its page limit would provide it with an equivalent opportunity to respond to OptumRx's Motion, for which this Court already granted permission to file an overlength brief. In addition, while OptumRx has had nearly 9 months since Utah filed its Complaint in this matter to file its disqualification motion, Utah seeks modest additional time to file its opposition.

Dated: August 5, 2025

By: */s/ Elizabeth Smith*
Elizabeth Smith (*pro hac vice*)
esmith@motleyrice.com
Linda Singer (*pro hac vice*)
lsinger@motleyrice.com
MOTLEY RICE LLC
401 9th Street, Suite 630

Washington, DC 20004
(202) 386-9627

**DEREK E. BROWN**
UTAH ATTORNEY GENERAL
Douglas J. Crapo (USB No. 14620)
crapo@agutah.gov
Deputy Attorney General
Stevenson Smith (USB No. 18546)
scsmith@agutah.gov
Kevin M. McLean (USB No. 16101)
kmclean@agutah.gov
Peishen Zhou (USB No. 18596)
peishenzhou@agutah.gov
Assistant Attorneys General
Utah Office of the Attorney General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0310

*Attorneys for Plaintiffs the State of Utah and Division of Consumer Protection*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2025 a copy of the foregoing was electronically filed via the Court's electronic filing system and served via electronic mail to counsel of record.

/s/Elizabeth Smith
Elizabeth Smith