THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH and DIVISION OF CONSUMER PROTECTION,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPRESS SCRIPTS, INC., *et al.*<br><br>Defendants. | **ORDER OF RECUSAL**<br><br>Civil No. 2:25-cv-00088-DBB-DBP<br><br>Judge David Barlow |

I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

Signed August 7, 2025.

BY THE COURT

_____
David Barlow
United States District Judge