UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION AT SALT LAKE CITY

| | |
|---|---|
| STATE OF UTAH and DIVISION OF CONSUMER PROTECTION,<br><br>**Plaintiffs,**<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>**Defendants.** | **DECLARATION OF ELIZABETH SMITH IN SUPPORT OF UTAH'S OPPOSITION TO OPTUMRX'S MOTION TO DISQUALIFY MOTLEY RICE LLC**<br><br>Case No. 2:25-cv-00088-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Dustin B. Pead |

I, Elizabeth Smith, declare as follows:

1. I am over eighteen years old, of sound mind, and under no legal disability.

2. I am a Member at Motley Rice LLC, and I make this declaration in support of Utah's Opposition to OptumRx's Motion to Disqualify Motley Rice LLC.

3. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

4. Attached as Exhibit 2 is a true and correct copy of a letter dated March 26, 2024, signed by Emily C. McGowan of Alston & Bird LLP regarding OptumRx Inc.'s MDL Production No. 2 and OptumRx Inc.'s DR-22 Production Nos. 14-16 in *In Re Nat'l Prescription Opiate Litig.*, No. 1:17-md-2804 (N.D. Ohio).

5. Attached as Exhibit 3 is a true and correct copy of the MDL Protective Order Acknowledgement and Agreement to Be Bound signed by Kevin McLean dated January 8, 2019.

6. Attached as Exhibit 4 is a true and correct copy of the Declaration of John H. Price, Hawaiʻi Supervising Deputy Attorney General, dated February 14, 2024.

7. Attached as Exhibit 5 is a true and correct copy of the Declaration of Wendy J. Weinberg, Senior Assistant Attorney General in the Office of the Attorney General for the District of Columbia, dated February 16, 2024.

8. Attached as Exhibit 6 is a true and correct copy of the Declaration of Stephen J. Kane, Deputy Corporation Counsel for the Affirmative Litigation Division in the City of Chicago Department of Law, dated February 15, 2024, along with Exhibits A-C to his Declaration.

9. Attached as Exhibit 7 is a true and correct copy of the Expert Report of Lynn A. Baker, dated September 4, 2025.

10. Attached as Exhibit 8 is a true and correct copy of *People of the State of California v. OptumRx, Inc.*, No. B343828 (Cal. Ct. App. Sept. 4, 2025), the appellate court's affirmance of the trial court's ruling in *People v. Express Scripts, Inc.*, No. 23STCV20886 (Cal. Super. Ct. Nov. 14, 2024).

I declare under penalty of perjury under the laws of the United States and the State of Utah that the foregoing is true and correct.

DATED: September 4, 2025

*/s/ Elizabeth Smith*
Elizabeth Smith (*pro hac vice*)
esmith@motleyrice.com
MOTLEY RICE LLC
401 9th Street, Suite 630
Washington, DC 20004
(202) 386-9627