# Exhibit 2

# ALSTON & BIRD

Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
704-444-1000 | Fax: 704-444-1111

March 26, 2024

**By Email**

Counsel for Plaintiffs and Defendants

Re: *In re: National Prescription Opiate Litigation*, 1:17-md-2804 (N.D. Ohio); OptumRx MDL Production No. 2 and DR-22 Production Nos. 15–16

Counsel:

On behalf of OptumRx, Inc. ("OptumRx") we have uploaded OptumRx MDL Production Volume No. 2 (OPTUMRX_MDL_002) and OptumRx DR-22 Production Volume Nos. 14–16 (OPTUMRX_DR22-014; OPTUMRX_DR22-015; OPTUMRX_DR22-016) to the Ricoh secure FTP site. These productions contain opioid-related investigations documents that OptumRx is producing in connection with Discovery Ruling No. 22 ("DR-22") (Dkt. Nos. 2576, 2712).

The Bates range for MDL Volume 2 is OPTUMRX_MDL_000000018 to OPTUMRX_MDL_000000027.

The Bates range for DR-22 Volume 14 is consistent with the original Bates stamps that were applied to the documents when they were produced to the Attorneys General for Hawaii and the District of Columbia: Optum-MNAG-0000000001 to Optum-MNAG-0000068310.

The Bates range for DR-22 Volume 15 is consistent with the original Bates stamps that were applied to the documents when they were produced to the Attorney General for the State of Hawai'i: OPTUM1021_0000001 to OPTUM1021_0000002.

The Bates range for DR-22 Volume 16 is consistent with the original Bates stamps that were applied to the documents when they were produced to the Attorney General for the District of Columbia: OPTUM1220_0000001 to OPTUM1220_0000004a. OPTUM1220_0000004 and OPTUM1220_0000004a are the same document, but were produced to the D.C. Attorney General from separate systems, which is why there is a sub-bates number on the second document.

Alston & Bird LLP                                                                                                                                                   www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

In re: National Prescription Opiate Litigation, 1:17-md-2804 (N.D. Ohio)
OptumRx MDL Volume No. 2; DR-22 Volume Nos. 14–16
Page 2

The documents contained in DR-22 Volume 14, which were originally produced to the Minnesota Attorney General, were also produced in response to the inquiries from the Hawai'i and D.C. Attorney Generals.  These investigations were the subject of the Court's Order Denying OptumRx's Motion to Disqualify Motley Rice (Dkt. No. 5362). In producing these documents, OptumRx specifically preserves the arguments in its Disqualification Motion and does not concede in any way that the Court's recent Disqualification Order constitutes a proper interpretation of DR-22.  OptumRx reserves the right to seek appellate relief from the Disqualification Order.

OptumRx produces these materials solely in connection with DR-22 and subject to the Protective Orders in the MDL, including Dkt. No. 441, Dkt. No. 1357, and Dkt. No. 2688. The materials in DR-22 Volumes 14-16 will maintain their original confidentiality designations. OptumRx also provides these materials subject to its understanding that they will continue to be treated as confidential and protected from disclosure under all applicable state and federal laws and regulations.

The production is made subject to OptumRx's written objections and any objections discussed on meet-and-confer calls and does not constitute a waiver of any of OptumRx's objections for this production or any later productions.

Sincerely,



Emily C. McGowan

Alston & Bird LLP                                                                                                                                       www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.