**DEREK E. BROWN**
UTAH ATTORNEY GENERAL
Douglas J. Crapo (USB No. 14620)
crapo@agutah.gov
Deputy Attorney General
Stevenson Smith (USB No. 18546)
scsmith@agutah.gov
Peishen Zhou (USB No. 18596)
peishenzhou@agutah.gov
Assistant Attorneys General
Utah Office of the Attorney General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0310

*Counsel for Plaintiffs*

*Additional Counsel on Signature Page*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **STATE OF UTAH** and **DIVISION OF CONSUMER PROTECTION**<br><br>*Plaintiffs,*<br><br>v.<br><br>**EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICE, INC; EXPRESS SCRIPTS PHARMACY, INC.; ESI MAIL ORDER PROCESSING, INC.; MEDCO HEALTH SOLUTIONS, INC.; UNITEDHEALTH GROUP, INC.; OPTUMRX INC.; OPTUMINSIGHT LIFE SCIENCES, INC.;** and **OPTUMINSIGHT, INC.**<br><br>*Defendants*. | **NOTICE OF SUPPLEMENTAL AUTHORITY KENTUCKY v. EXPRESS SCRIPTS**<br><br>Case No. 2:25-cv-00088-JNP-DBP<br><br>District Judge Jill N. Parrish |

In accordance with DUCivR 7-1(c), Plaintiffs notify this Court of the recent decision in *Kentucky v. Express Scripts, Inc., et al.*¸ No. 5:24-CV-303-KKC (E.D. Ky. Aug. 27, 2025) (Exhibit A) granting Kentucky's motion to remand and staying resolution of the case pending an appeal. The District Court for the Eastern District of Kentucky held that Kentucky's disclaimer of any claims relating to conduct made under color of federal office was effective and precluded federal officer jurisdiction. Specifically, the court held that the disclaimer was sufficiently clear and remand was warranted.

The Eastern District of Kentucky found that Kentucky's disclaimer was similar to one upheld in the Sixth Circuit. *See Ohio ex rel. Yost v. Ascent Health Servs. LLC*, No. 2:23-cv-1450, 2024 WL 23187 at *2–4 (S.D. Ohio Jan. 2, 2024). Similar to the *Yost* disclaimer, the Kentucky court held that the Commonwealth's disclaimer provided "'discrete and readily identifiable category' of claims it disclaims, and thus, remand would not 'require the state court to consider the contours of the federal officer removal statute.'" Ex. A at 5; *see* Dkt. 32 at 2, 12–19. The court also held the disclaimer did not broadly waive claims that implicate the federal government and it clearly and specifically identified the disclaimed claims and recovery. Ex. A at 4.

In addition, Eastern District of Kentucky rejected the Defendants' indivisibility argument. Ex. A at 5-6; s*ee* Dkt. 32 at 12-19; Dkt. 46 at 1–8. Specifically, the court was not persuaded that, upon remand, the state court would need to address issues relating to contracts with the federal government because the record did not show that the federal government imposed any requirements on non-federal plans. Ex. A at 6. The court held that the Defendants' indivisibility argument regarding the public nuisance claim failed for similar reasons. *Id.* The court held that

Kentucky was not excluding citizens on federal health plans but would be required to demonstrate that Defendants' non-federal conduct is the legal cause of the public nuisance. *Id.* The court concluded that Kentucky could do that "without using evidence regarding Defendants' federal health plans because the federal and non-federal plans are distinguishable." *Id.*

Although the Eastern District of Kentucky granted Defendants' request for a stay, the court did so based on the decision of a prior PBM case in its same Circuit. *Id.* at 6–7. No such precedent in an opioids PBM case exists in the Tenth Circuit.

Dated: October 7, 2025

By: <u>*Elizabeth Smith*</u>
Elizabeth Smith (*pro hac vice*)
esmith@motleyrice.com
Linda Singer (*pro hac vice*)
lsinger@motleyrice.com
MOTLEY RICE LLC
401 9th Street, Suite 630
Washington, DC 20004
(202) 386-9627

**DEREK E. BROWN**
UTAH ATTORNEY GENERAL
Douglas J. Crapo (USB No. 14620)
crapo@agutah.gov
Deputy Attorney General
Stevenson Smith (USB No. 18546)
scsmith@agutah.gov
Peishen Zhou (USB No. 18596)
peishenzhou@agutah.gov
Assistant Attorneys General
Utah Office of the Attorney General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0310 Phone

*Attorneys for Plaintiffs the State of Utah and Division of Consumer Protection*

- 4 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of October 2025 a copy of the foregoing was electronically filed via the Court's electronic filing system and served via electronic mail to counsel of record.

                                                     */s/Elizabeth Smith*
                                                     Elizabeth Smith