**MOTLEY RICE LLC**
Linda Singer (*pro hac vice*)
lsinger@motleyrice.com
Elizabeth Smith (*pro hac vice*)
esmith@motleyrice.com
401 9th Street, Suite 630
Washington, DC 20004

Frederick C. Baker (*pro hac vice*)
fbaker@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Attorneys for Plaintiffs the State of Utah and Division of Consumer Protection*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **STATE OF UTAH** and **DIVISION OF CONSUMER PROTECTION**<br><br>*Plaintiffs*,<br><br>v.<br><br>**EXPRESS SCRIPTS, INC.**; **EXPRESS SCRIPTS ADMINISTRATORS, LLC**; **ESI MAIL PHARMACY SERVICE, INC**; **EXPRESS SCRIPTS PHARMACY, INC.**; **ESI MAIL ORDER PROCESSING, INC.**; **MEDCO HEALTH SOLUTIONS, INC.**; **UNITEDHEALTH GROUP, INC.**; **OPTUMRX INC.**; **OPTUMINSIGHT LIFE SCIENCES, INC.**; and **OPTUMINSIGHT, INC.**<br><br>*Defendants*. | **NOTICE OF WITHDRAWAL OF LINDA SINGER AS COUNSEL**<br><br>Case No. 2:25-cv-00088-JNP-DBP<br><br>District Judge Jill N. Parrish |

PLEASE TAKE NOTICE THAT, pursuant to DUCivR 83-1.4, Linda Singer hereby withdraws as counsel of record for Plaintiff State of Utah and Division of Consumer Protection (collectively, "Plaintiffs") in the above-entitled action. Plaintiffs will continue to be represented

in this matter by the Office of the Attorney General and its attorneys of record who are aware of the pending deadlines, hearings, and trial dates.

|  |  |
|---|---|
| Dated: October 22, 2025 | By: <u>*Linda Singer*</u><br>Linda Singer (*pro hac vice*)<br>lsinger@motleyrice.com<br>**MOTLEY RICE LLC**<br>401 9th Street, Suite 630<br>Washington, DC 20004<br><br>Elizabeth Smith (*pro hac vice*)<br>esmith@motleyrice.com<br>401 9th Street, Suite 630<br>Washington, DC 20004<br><br>Frederick C. Baker (*pro hac vice*)<br>fbaker@motleyrice.com<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br><br>*Attorneys for Plaintiffs the State of Utah and Division of Consumer Protection* |

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October 2025 a copy of the foregoing was electronically filed via the Court's electronic filing system and will be sent electronically to all counsel of record via the electronic filing system.

                                                */s/ Linda Singer*
                                                Linda Singer