**MOTLEY RICE LLC**
Linda Singer (*pro hac vice*)
lsinger@motleyrice.com
Elizabeth Smith (*pro hac vice*)
esmith@motleyrice.com
401 9th Street, Suite 630
Washington, DC 20004

Frederick C. Baker (*pro hac vice*)
fbaker@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Attorneys for Plaintiffs the State of Utah and Division of Consumer Protection*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **STATE OF UTAH** and **DIVISION OF CONSUMER PROTECTION**  *Plaintiffs*,  v.  **EXPRESS SCRIPTS, INC.**; **EXPRESS SCRIPTS ADMINISTRATORS, LLC**; **ESI MAIL PHARMACY SERVICE, INC**; **EXPRESS SCRIPTS PHARMACY, INC.**; **ESI MAIL ORDER PROCESSING, INC.**; **MEDCO HEALTH SOLUTIONS, INC.**; **UNITEDHEALTH GROUP, INC.**; **OPTUMRX INC.**; **OPTUMINSIGHT LIFE SCIENCES, INC.**; and **OPTUMINSIGHT, INC.**  *Defendants*. | **NOTICE OF WITHDRAWAL OF FREDERICK C. BAKER AS COUNSEL**  Case No. 2:25-cv-00088-JNP-DBP  **District Judge Jill N. Parrish** |

PLEASE TAKE NOTICE THAT, pursuant to DUCivR 83-1.4, Frederick C. Baker hereby withdraws as counsel of record for Plaintiff State of Utah and Division of Consumer Protection (collectively, "Plaintiffs") in the above-entitled action. Plaintiffs will continue to be represented

in this matter by the Office of the Attorney General and its attorneys of record who are aware of the pending deadlines, hearings, and trial dates.

Dated: October 22, 2025               By: *Frederick C. Baker*
                                                  Frederick C. Baker (*pro hac vice*)
                                                  fbaker@motleyrice.com
                                                  **MOTLEY RICE LLC**
                                                  28 Bridgeside Blvd.
                                                  Mt. Pleasant, SC 29464

                                                  Linda Singer (*pro hac vice*)
                                                  lsinger@motleyrice.com
                                                  Elizabeth Smith (*pro hac vice*)
                                                  esmith@motleyrice.com
                                                  401 9th Street, Suite 630
                                                  Washington, DC 20004

                                                  *Attorneys for Plaintiffs the State of Utah and Division of Consumer Protection*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October 2025 a copy of the foregoing was electronically filed via the Court's electronic filing system and will be sent electronically to all counsel of record via the electronic filing system.

/s/ *Frederick C. Baker*
Frederick C. Baker