Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Ste. 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840
btolk@parrbrown.com
rburge@parrbrown.com

Matthew P. McGuire (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
Telephone: (919) 862-2200
matt.mcguire@alston.com

*Attorneys for OptumRx, Inc.*

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH and DIVISON OF CONSUMER PROTECTION,<br><br>Plaintiffs,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>Defendants. | **OPTUMRX, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISQUALIFY**<br><br>Case No. 2:25-cv-00088-JNP-DBP<br><br>Chief District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Dustin B. Pead |

Defendant OptumRx, Inc. hereby withdraws its Motion to Disqualify (ECF No. 58) without prejudice, as the attorneys from Motley Rice LLC have recently noticed their withdrawals as counsel for the State (ECF Nos. 82, 83, 84).

Dated this 27th day of October 2025.

                PARR BROWN GEE & LOVELESS

                /s/ Bentley J. Tolk
                Bentley J. Tolk (6665)
                Rodger M. Burge (8582)

                ALSTON & BIRD LLP
                Matthew P. McGuire (*pro hac vice*)

                *Attorneys for OptumRx, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of October, 2025, the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing.

                                               */s/ Bentley J. Tolk*
                                               Bentley J. Tolk