Michael Lyle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: 202-538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

Michael S. Oaks (18489)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 520
Salt Lake City, Utah 84121
Tel: 801-515-7300
michaeloaks@quinnemanuel.com

*Counsel for Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; ESI Mail Order Processing, Inc.; and Medco Health Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| State of Utah and Division of Consumer Protection,<br><br>Plaintiffs,<br><br>v.<br><br>Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; ESI Mail Order Processing, Inc.; Medco Health Solutions, Inc.; UnitedHealth Group, Inc.; OptumRx, Inc.; OptumInsight Life Sciences, Inc.; and OptumInsight, Inc.,<br><br>Defendants. | **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 2:25-cv-00088-JNP-DBP<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Dustin B. Pead |

Defendants Express Scripts, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., and OptumRx, Inc. (together, **Removing Defendants**) submit this Notice of Supplemental Authority to provide an update regarding *California ex rel. Harrison v. Express Scripts, Inc.*, No. 24-1972 (9th Cir.), a case involving some of the same parties and issues as this case, as well as some significant differences. The State previously submitted the Ninth Circuit panel decision in *Harrison* as supplemental authority and Removing Defendants filed a response. Dkt. 79, 80. On October 27, 2025, the Ninth Circuit issued an Order stating that proceedings in the *Harrison* appeal will "be held in abeyance pending the Supreme Court's decision in *Chevron USA, Inc., et al. v. Plaquemines Par.*, No. 24-813," and directing the parties to submit a joint status report within 14 days of its issuance. A copy of the Order is attached as **Exhibit A**. The Second Circuit recently took a similar approach in *County of Westchester v. Express Scripts, Inc.*, No. 24-1639 (L), another appeal involving similar parties and issues. **Exhibit B**.

Respectfully submitted,

Dated: October 30, 2025

/s/ *Jonathan Collier*
Michael Lyle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Tel: 202-538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

Jonathan Collier (17185)
Michael S. Oaks (18489)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 520
Salt Lake City, Utah 84121
Tel: 801-515-7300
michaeloaks@quinnemanuel.com

*Counsel for Express Scripts, Inc.; Express Scripts Administrators, LLC; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; ESI Mail Order Processing, Inc.; Medco Health Solutions, Inc.*

/s/ *Bentley J. Tolk*
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Tel: (801) 532-7840
btolk@parrbrown.com
rburge@parrbrown.com

Brian D. Boone (*pro hac vice forthcoming*)
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel: (704)-444-1000
brian.boone@alston.com

Matthew P. McGuire (*pro hac vice*)
555 Fayetteville Street
Suite 600
Raleigh, NC 27601
Tel: (919) 862 2200
matt.mcguire@alston.com

*Counsel for OptumRx, Inc.*