# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH AND DIVISION OF CONSUMER PROTECTION,<br><br>Plaintiffs,<br><br>v.<br><br>EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS ADMINISTRATORS, LLC; ESI MAIL PHARMACY SERVICE, INC.; EXPRESS SCRIPTS PHARMACY, INC.; ESI MAIL ORDER PROCESSING, INC.; MEDCO HEALTH SOLUTIONS, INC.; UNITEDHEALTH GROUP, INC.; OPTUMRX, INC.; OPTUMINSIGHT LIFE SCIENCES, INC.; AND OPTUMINSIGHT, INC.,<br><br>Defendants. | **Case No. 2:25-cv-00088-JNP-DBP**<br><br>**STIPULATED MOTION TO STAY DISTRICT COURT PROCEEDINGS** |

In accordance with DUCivR 7-1(a)(5), Plaintiffs the State of Utah and Division of Consumer Protection (**Plaintiffs**) and Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., ESI Mail Order Processing, Inc., Medco Health Solutions, Inc., UnitedHealth Group Incorporated, OptumRx, Inc., OptumInsight Life Sciences, Inc., and OptumInsight, Inc. (**Defendants**, and collectively with **Plaintiffs**, the **Parties**) jointly move the Court for an order staying proceedings in this matter, including the execution of the remand order, for an additional 60 days beyond the expiration of the automatic stay, on April 30, 2026, under Federal Rule of Civil Procedure 62(a), in accordance with the details set forth below.

## <u>RELIEF SOUGHT AND GROUNDS FOR RELIEF</u>

1.     On December 23, 2024, Plaintiffs filed their complaint in Utah state court. (Dkt. 1-1).

2.     On February 7, 2025, Express Scripts, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., and OptumRx, Inc. (**Removing Defendants**) removed this case to this Court, alleging that this Court has subject matter jurisdiction under the federal officer removal statute, 28 U.S.C. §1442(a)(1). (Dkt. 1)

3.     On March 31, 2025, Plaintiffs moved to remand the case to state court. (Dkt. 34)

4.     On March 31, 2026, the Court granted Plaintiffs' motion to remand and stayed execution of the remand order for 30 days until April 30, 2026, under Federal Rule of Civil Procedure 62(a). (Dkt. 101)

5.     On April 1, 2026, Removing Defendants filed their notice of appeal of the Court's remand order to the Tenth Circuit. (Dkt. 102)

6.     On April 8, 2026, Removing Defendants filed a motion to stay the execution of the remand order in the Tenth Circuit, which the Tenth Circuit denied without prejudice to addressing the availability of a stay during briefing on the merits of the remand order. (Dkt. 107)

7.     The Parties intend to seek expedited consideration of the appeal of the remand order in the Tenth Circuit.

8.     The Parties have conferred and believe that an additional stay of the execution of the remand order will ensure efficiency and judicial economy.

9.     The Parties jointly request that the Court stay proceedings in this matter, including the execution of the remand order, for an additional 60 days past April 30, 2026, to June 29, 2026, and that the stay may be lifted only after Plaintiffs have provided Defendants 21 days' notice of their intention to move the Court to lift the stay.

10.     In stipulating to this motion, Defendants do not waive and expressly preserve all objections and defenses, including jurisdictional objections and defenses. The State agrees that this stipulated motion does not waive any objections or defenses of the Defendants, including jurisdictional objections and defenses

11.     In accordance with DUCivR 7-1(e), a proposed Order is attached hereto as Exhibit A.

DATED: April 27, 2026

/s/ Peishen Zhou
DEREK E. BROWN
UTAH ATTORNEY GENERAL
Douglas Crapo (USB No. 14620)
crapo@agutah.gov
Deputy Attorney General
Peishen Zhou (USB No. 18596)
peishenzhou@agutah.gov
Alexandra Butler (USB No. 19238)
alexandrabutler@agutah.gov
Assistant Attorneys General
Utah Office of the Attorney General
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114

*Counsel for the Plaintiffs*

Respectfully submitted,

 /s/ Michael S. Oaks
Michael Lyle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 13th St. NW, Suite 600
Washington, DC 20004
(202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

Michael S. Oaks (USB No. 18489)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 520
Salt Lake City, Utah 84121
(801) 515-7300
michaeloaks@quinnemanuel.com

*Counsel for Defendants Express Scripts, Inc.,
Express Scripts Administrators, LLC, ESI Mail
Pharmacy Service, Inc., Express Scripts
Pharmacy, Inc., ESI Mail Order Processing,
Inc., and Medco Health Solutions, Inc.*

/s/ Bentley J. Tolk
Bentley J. Tolk (USB No. 6665)
Rodger M. Burge (USB No. 8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
(801) 532-7840
btolk@parrbrown.com
rburge@parrbrown.com

Matthew P. McGuire (*pro hac vice*)
ALSTON & BIRD LLP
555 Fayetteville Street, Suite 600
Raleigh, NC 27601
(919) 862-2200
matt.mcguire@alston.com

*Counsel for UnitedHealth Group Incorporated,
OptumRx, Inc., OptumInsight Life Sciences, Inc.,
and OptumInsight, Inc.*

4